BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILAY BOUTSALATH<br>SSN: XXX-XX-3281<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br>of the United States of America,<br><br>Defendant. | CASE NO.  CIV-07-2748 EFB<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 2, 2008, to September 5, 2008.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through August 2008.

/ / / /

/ / / /

/ / / /

1

Dated: July 1, 2008

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: July 1, 2008

McGregor W. Scott

United States Attorney

/s/   *Sarah Ryan*
SARAH RYAN

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  July 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE